**Lena D. JOHNSTON, Plaintiff/Respondent,**

v.

**Vincenzo ACQUAVIVA, Defendant/Appellant.**

### No. ED 100718

Missouri Court of Appeals
Eastern District
DIVISION FIVE

Filed: October 21, 2014

Brian J. McNamara, 140 Westmount Dr., LL, P.O. Box 432, Farmington, MO. 63640, for appellant.

William B. Beedie, 12 West First Street, P.O. Box 101, Farmington, MO. 63640, for respondent.

Before Angela T. Quigless, C.J., Lisa J. Van Amburg, J., Kurt S. Odenwald. J.

### ORDER

PER CURIAM.

Defendant Vincenzo Acquaviva appeals the judgment of the Circuit Court of St. Francois County: (1) granting Plaintiff Lena D. Johnston's petition to quiet title by reason of adverse possession; and (2) dismissing with prejudice his counterclaim to quiet title against Plaintiff's adverse possession claim to portions of his deeded property. Defendant contends the trial court's ruling that Plaintiff was the fee simple owner of the disputed property by reason of adverse possession was against the substantial weight of the evidence.

We have reviewed the briefs of the parties and the record on appeal and find the claim of error to be without merit. An

extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).